UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCUS REID,

        Petitioner,

  v.

SLIVER,

        Respondent.

Case No. 24-cv-04433-TLT

**ORDER OF DISMISSAL**

Petitioner, a federal prisoner at the Atwater United States Penitentiary proceeding *pro se*, filed a petition for a writ of habeas corpus under 28 United States Code section 2241. ECF 1. That same day, the Clerk of the Court informed petitioner that this action was deficient because petitioner had not paid the filing fee of $5 or filed an application to proceed *in forma pauperis*. ECF 2. Petitioner was instructed to respond within twenty-eight days of the date of the order. *Id.* The deadline has passed, and petitioner has neither paid the filing fee nor filed an application to proceed *in forma pauperis*. The Court therefore DISMISSES this petition without prejudice. Because this dismissal is without prejudice, petitioner may move to reopen the action. Any such motion must be accompanied by either the filing fee or an *in forma pauperis* application on the proper form with the required supporting documents. The Clerk shall enter judgment in favor of respondent and close the file.

    **IT IS SO ORDERED.**

Dated: September 6, 2024

                                                TRINA L. THOMPSON
                                                United States District Judge